IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VIDAL PASTRANA-LÓPEZ, et al.,<br><br>    Plaintiffs<br><br>         v.<br><br>GERMÁN OCASIO-MORALES,<br><br>    Defendant | CIVIL NO. 09-1979 (JP)<br><br>**UNDER SEAL** |

**FINAL JUDGMENT**

Pursuant to the Court's Settlement Order entered on this same date, the Court hereby **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** Plaintiffs' complaint against Defendant. This Judgment is a release from all damages and causes of action exercised in the complaint and all damages and causes of action that could follow or emanate from the facts stated therein. This Judgment is entered without the imposition of attorney's fees or costs. The Court retains jurisdiction to enforce the settlement if need be.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of November, 2010.

                                    s/Jaime Pieras, Jr.
                                 JAIME PIERAS, JR.
                            U.S. SENIOR DISTRICT JUDGE